IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
ANTONIO AQUIA TO THE BAR OF
MARYLAND

\*

\*

\*

\*

\*

\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 38

September Term, 2024

## O R D E R

Upon consideration of Antonio Aquia's verified petition for reinstatement to the Bar of Maryland and Bar Counsel's consent to the petition, it is this 24th day of April 2025, by the Supreme Court of Maryland,

ORDERED that the Petition for Reinstatement is granted and Antonio Aquia is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk